**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**HELEN MONTGOMERY,**

        **Plaintiff,**

**-vs-**                                       **Case No. 6:06-cv-1639-Orl-31KRS**

**FLORIDA FIRST FINANCIAL GROUP,
INC.,**

        **Defendant.**

___

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

On February 27, 2008, I held a hearing on my order to show cause why Defendant Florida First Financial Group ("Florida First") should not be sanctioned for failing to comply with court orders. Doc. No. 45. Reed Lienhart appeared personally at the hearing as corporate representative of Florida First. Counsel for both parties appeared by telephone.

Lienhart detailed numerous health problems that he suffers from and the multiple lawsuits filed against Florida First. Lienhart states that he is no longer able to defend this case, either physically or financially. Lienhart stated that he does not oppose the request by his counsel to withdraw from the case, and he does not oppose a default being entered against Florida First for failure to comply with orders of the Court. Florida First's counsel then made an *ore tenus* motion to withdraw.[1]

___

[1] I previously denied the requests by Florida First's counsel to withdraw because a corporation must be represented by counsel. Doc. No. 36, 40. Florida First, however, has instructed counsel not to perform any more work and is not responsive to counsel's requests related to the lawsuit. See Doc. Nos. 39; 44; 47-5.

Based on the foregoing, I **RECOMMEND** the following:

1. The Court grant counsel's *ore tenus* motion and permit Frederick Wiley Vollrath and Timothy Condon to withdraw as counsel for Florida First. Any notices or filings to be served upon Florida First shall be directed to Reed Lienhart, Florida First Financial Group, Inc., 1718 E. Giddens Ave., Tampa, FL 33610;

2. The Court strike Florida First's answer at Doc. No. 7, and enter a default against Florida First Financial Group, Inc.;

3. The Court deny as moot all pending motions; and,

4. The Court permit Montgomery to file a motion for entry of a default judgment by a date certain.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 27, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy