# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HELEN MONTGOMERY,**

        **Plaintiff,**

**-vs-**                           **Case No. 6:06-cv-1639-Orl-31KRS**

**FLORIDA FIRST FINANCIAL GROUP, INC.,**

        **Defendant.**

_____

## ORDER

On February 28, 2008, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 49), recommending, *inter alia*, that default be entered against Defendant Florida First Financial Group Inc. Plaintiff filed timely objections to the Report (Doc. 50). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

    **ORDERED** that:

    1.    The Report and Recommendation of the Magistrate Judge (Doc. 49) is Adopted and Confirmed;

    2.    Counsel's *ore tenus* motion to permit Frederick Wiley Vollrath and Timothy Condon to withdraw as counsel for Florida First is **GRANTED**. Any notices or filings to be served upon Florida First shall be directed to Reed Lienhart, Florida First Financial Group, Inc., 1718 E. Giddens Ave., Tampa, FL 33610;

3.  Florida First's Answer (Doc. 7) and Affirmative Defenses (Doc. 8) are **STRICKEN**;

4.  The Clerk shall enter a default against Florida First Financial Group, Inc.;

5.  All pending motions are **DENIED as moot**; and

6.  Plaintiff Helen Montgomery shall have leave to file a motion for entry of a default judgment on or before April 21, 2008.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 20, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party