# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HELEN MONTGOMERY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　Case No. 6:06-cv-1639-Orl-31KRS

**FLORIDA FIRST FINANCIAL GROUP, INC.,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 55) filed April 21, 2008.

On July 21, 2008, the United States Magistrate Judge issued a report (Doc. No. 57)[1] recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED** in part.

3. The clerk shall enter a default judgment against the Defendant Florida First Financial Group, Inc., in the total amount of $59,059.82 which consists of $2,000.00 for actual, statutory and punitive damages, $55,836.75 in attorney's fees and $1,223.07 in costs.

---

[1] On paragraph 2 of page 28 of the Report and Recommendation it references that the Report is "Amended".

4. The clerk shall notify the Florida Bar (ATTN: UPL Counsel) and the Florida Supreme Court of the potential violation of the Florida Supreme Court's injunction as set forth in the *The Florida Bar vs. Florida First Financial Group, Inc.,* 695 So. 2d 275 (Fla. 1999).

5. The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 11th day of August, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE